1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 (916) 498-5700

5 Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-00311-MCE |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JOSE SILVA-HARO, | Date: December 6, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of October 18, 2012 be vacated, and the matter be set for status conference on December 6, 2012 at 9:00 a.m. The reason for this continuance is that Defense counsel needs additional time to continue reviewing discovery, conduct the defense investigation and legal research, and have further discussions with the client to prepare Mr. SILVA-HARO's defense.

///

///

The parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of this stipulation, October 15, 2012, through and including December 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 based on the need for additional time for defense preparation.

DATED: October 17, 2012.   Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JOSE SILVA-HARO

DATED: October 17, 2012.   BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for

SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

///

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 18, 2012, status conference hearing be continued to December 6, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties stipulation on October 15, 2012, up to and including the December 6, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE