1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-12-311-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) |
| JOSE SILVA-HARO, | ) Date: May 16, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of February 21, 2013 be vacated, and the matter be set for status conference on May 16, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to continue to review discovery, investigate defenses, and discuss the case further with Mr. Silva Haro. Communications between Mr. Silva Haro and defense counsel are made more difficult as Mr. Silva Haro is a Spanish language speaker.

1 | Based upon the foregoing, the parties agree that the time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, February 14, 2013, through and including May 16, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation. The parties stipulate and agree that the Court shall find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 17, 2013.   Respectfully submitted,

                              JOSEPH SCHLESINGER
                              Acting Federal Public Defender

                              /s/ Courtney Fein
                              COURTNEY FEIN
                              Assistant Federal Defender
                              Designated Counsel for Service
                              Attorney for JOSE SILVA-HARO

DATED: April 17, 2013.   BENJAMIN WAGNER
                              United States Attorney

                              /s/ Courtney Fein for

                              SAMUEL WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 21, 2013, status conference hearing be continued to May 16, 2013, at 9:00 a.m. Based on

the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties stipulation on February 14, 2013, up to and including the May 16, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: April 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE