| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| 2 | Acting Federal Defender<br>COURTNEY FEIN, Bar #244785 |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>(916) 498-5700 |
| 5 | Attorney for Defendant |
| 6 | JOSE SILVA-HARO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-311-MCE |
| Plaintiff, | ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE** |
| v. | ) ) | **AND EXCLUDING TIME** |
| JOSE SILVA-HARO, | ) ) | Date: June 27, 2013<br>Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of May 16, 2013 be vacated, and the matter be set for status conference on June 27, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation. In particular, defense counsel will be visiting the alleged marijuana garden with her investigator to conduct the defense team's own investigation and may need to conduct follow up research and/or investigation depending on what is discovered in the marijuana garden. The marijuana garden visit by the defense team, accompanied by a law enforcement escort team for safety and security reasons, is tentatively scheduled for May 20 or 21, 2013. In addition, defense counsel desires to meet with the prosecutor in an attempt to negotiate as favorable as possible to defendant a resolution of this

case after visiting the marijuana garden. Thereafter, defense counsel will need additional time to explain the ramifications to defendant of any plea offer made.

Based upon the foregoing, the parties agree that the time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, April 29, 2013, through and including June 27, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation. The parties stipulate and agree that the Court shall find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 30, 2013.  
Respectfully submitted,

JOSEPH SCHLESINGER  
Acting Federal Public Defender

/s/ Courtney Fein  
COURTNEY FEIN  
Assistant Federal Defender  
Designated Counsel for Service  
Attorney for JOSE SILVA-HARO

DATED: April 30, 2013.  
BENJAMIN WAGNER  
United States Attorney

/s/ Courtney Fein for

SAMUEL WONG  
Assistant U.S. Attorney  
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 16, 2013, status conference hearing be continued to June 27, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that

time beginning from the parties' stipulation on April 29, 2013, up to and including the June 27, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT