HEATHER E. WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JOSE SILVA-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 12-cr-00311-MCE |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JOSE SILVA-HARO, | Date: September 12, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN Assistant Federal Defender for JOSE SILVA-HARO that the status conference hearing date of August 1, 2013 be vacated, and the matter be set for status conference on September 12, 2013 at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation. Defense counsel has had further settlement discussions with the prosecutor and anticipates that as a result of those discussions, the United States will make a settlement offer to defendant that defense counsel needs to explain to the defendant with the aid of a Spanish/English interpreter. Mr. Silva Haro will need to consult with defense counsel regarding the decision of how to proceed, the details of the government's anticipated offer, and the potential consequences of changing his plea should he choose to do that. For these reasons, defense counsel desires the continuance sought herein.

Based upon the foregoing, the parties agree that the time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, July 30, 2013, through and including September 12, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and Local Code T4 based upon continuity of counsel and need for additional time for defense preparation. The parties stipulate and agree that the Court shall find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 5, 2013.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JOSE SILVA-HARO

DATED: August 5, 2013.

BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for

SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the |
| 3 | August 1, 2013, status conference hearing be **continued to September 12, 2013, at 9:00 a.m.** |
| 4 | in Courtroom 7. Based on the representation of defense counsel and good cause appearing |
| 5 | therefrom, the Court hereby finds that the failure to grant a continuance in this case would |
| 6 | deny defense counsel reasonable time necessary for effective preparation, taking into account |
| 7 | the exercise of due diligence. The Court finds that the ends of justice to be served by granting |
| 8 | a continuance outweigh the best interests of the public and the defendant in a speedy trial. It |
| 9 | is ordered that time beginning from the parties' stipulation on July 30, 2013, up to and |
| 10 | including the September 12, 2013 status conference shall be excluded from computation of |
| 11 | time within which the trial of this matter must be commenced under the Speedy Trial Act |
| 12 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, for continuity of |
| 13 | counsel and to allow defense counsel reasonable time to prepare. |
| 14 | IT IS SO ORDERED. |
| 15 | Date: August 05, 2013 |

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT